IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LATANYA CRAMER,

       Plaintiff,              CV F 08 0375 AWI WMW PC

  vs.                            ORDER

S. DICKINSON, et al.,

       Defendants.

     On April 30, 2008, the court recommended dismissal of this action for Plaintiff's failure to file an application to proceed in forma pauperis as directed by the March 19, 2008, order. Plaintiff filed objections to the findings and recommendations.  Plaintiff indicates that she was out to court, and did not receive the March 19, 2008, order.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The April 30, 2008, recommendation of dismissal is vacated.

     2. The Clerk's Office is directed to re-serve the March 19, 2008, order, along with an application to proceed in forma pauperis,  upon Plaintiff.

     3. Plaintiff shall, within thirty days of the date of service of this order, complete and submit to the court an application to proceed in forma pauperis.

1  IT IS SO ORDERED.

2  **Dated:   May 23, 2008**              **/s/  William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE