IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LATANYA CRAMER,

        Plaintiff,                    1: 08 cv 00375 AWI YNP GSA (PC)

   vs.                               ORDER GRANTING EXTENSION
                                     OF TIME IN WHICH TO FILE
                                     AMENDED COMPLAINT

S. DICKINSON, et al.,

        Defendants.

       Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

       On June 18, 2009, an order was entered, dismissing the operative complaint and granting Plaintiff leave to file an amended complaint. On June 26, 2009, Plaintiff filed a first amended complaint. On August 31, 2009, Plaintiff filed a notice of change of address, indicating that she had been released from custody. On February 10, 2010, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim.

       The recommendation of dismissal noted that in the first amended complaint, Plaintiff restated the allegations of the original complaint. The court found that Plaintiff failed to cure the deficiencies identified in the original complaint, and therefore recommended dismissal of this action for failure to state a claim. On February 22, 2010, Plaintiff filed objections to the findings

and recommendations.

In her objections, Plaintiff indicates that since her release, she has attempted to retrieve copies of her legal documents. It is unclear in the objections, but it appears that Plaintiff is utilizing the grievance process to obtain copies of her legal papers from the prison. Plaintiff requests the court to send to her a copy of the June 18, 2009, order dismissing the original complaint.

In an abundance of caution, the court will send to Plaintiff a copy of the June 18, 2009, order and grant Plaintiff one further opportunity to file an amended complaint. The court notes that the docket reflects proper service upon Plaintiff of all documents in this action. Plaintiff is further cautioned that should she fail to timely file an amended complaint, the February 10, 2010, recommendation of dismissal will be submitted to the District Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff a copy of the June 18, 2009, order dismissing the complaint.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:** **March 8, 2010**                **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE