IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LATANYA CRAMER,

       Plaintiff,                  1: 08 cv 00375 AWI MJS PC

   vs.                            ORDER VACATING FINDINGS
                                     AND RECOMMENDATIONS

S. DICKINSON, et al.,

       Defendants.

     Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

     On February 10, 2010, findings and recommendations were entered recommending that this action be dismissed for failure to state a claim upon which relief can be granted.  On February 22, 2010, Plaintiff filed objections to the findings and recommendations.

     In her objections, Plaintiff indicated that subsequent to her release from custody, she had attempted, apparently without success,  to retrieve copies of her legal documents.  This objection suggested the possibility that Plaintiff had not received a copy of the order dismissing her original complaint.  Accordingly, on March 8, 2010,  the court ordered that its June 18, 2009, order dismissing the original complaint be sent to Plaintiff.  Plaintiff was granted a thirty day

1

extension of time thereafter in which to file an amended complaint.  On March 22, 2010, Plaintiff filed a second amended complaint.

Accordingly, given the filing of the second amended complaint, IT IS ORDERED that the February 10, 2010, recommendation of dismissal be and hereby is vacated.

IT IS SO ORDERED.

**Dated:   May 6, 2010**                              /s/ Michael J. Seng
                                                          UNITED STATES MAGISTRATE JUDGE