IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA CRAMER, | 1:08-cv-00375-AWI-GSA-PC |
| Plaintiff, | ORDER STRIKING MOTION FOR LACK OF SIGNATURE |
| vs. | (Doc. 49.) |
| S. DICKINSON, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint initiating this action on March 17, 2008. (Doc. 1.)

On February 6, 2012, plaintiff submitted an unsigned motion to keep this case on the court docket. (Doc. 49.) All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, plaintiff's motion filed February 6, 2012 is HEREBY STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated:  February 7, 2012         /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE