# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA CRAMER, | 1:08-cv-00375-AWI-GSA-PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHIN THIRTY DAYS |
| v. | |
| S. DICKINSON, et al., | (Doc. 40.) |
| Defendants. | |

On November 4, 2011, defendants Dickinson and Johnson ("Defendants") filed a motion to dismiss. (Doc. 40.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so.[1] Local Rule 230(l).

Local Rule 230(l) provides that the failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion..." The court will deem any failure to oppose Defendants' motion to dismiss as a waiver, and recommend that the motion be granted on that basis.

Failure to follow a district court's local rules is a proper grounds for dismissal. U.S. v. Warren, 601 F.2d 471, 474 (9th Cir. 1979). Thus, a court may dismiss an action for plaintiff's

---

[1] On January 24, 2012, Plaintiff filed a document entitled "Oppose A Motion For Summary Judgment & Plaintiff Request to Keep Case on Court Docket List Due to the Fact Plaintiff was out of State on Person[al] Business." (Doc. 46.) This document does not constitute an opposition to the motion to dismiss filed on November 4, 2011.

1

1  failure to oppose a motion to dismiss, where the applicable local rule determines that failure to
2  oppose a motion will be deemed a waiver of opposition. See Ghazali v. Moran, 46 F.3d 52 (9th
3  Cir. 1995), cert. denied 516 U.S. 838 (1995) (dismissal upheld even where plaintiff contends he
4  did not receive motion to dismiss, where plaintiff had adequate notice, pursuant to Fed. R. Civ.
5  P. 5(b), and time to file opposition); cf. Marshall v. Gates, 44 F.3d 722, 725 (9th Cir. 1995);
6  Henry v. Gill Industries, Inc., 983 F.2d 943, 949-50 (9th Cir. 1993) (motion for summary
7  judgment cannot be granted simply as a sanction for a local rules violation, without an
8  appropriate exercise of discretion).

9  Accordingly, within thirty days of the date of service of this order, Plaintiff shall file an
10 opposition or statement of non-opposition to the motion to dismiss filed by Defendants. If
11 Plaintiff fails to comply with this order, the court will deem the failure to respond as a waiver,
12 and recommend that the motion be granted on that basis.

14 IT IS SO ORDERED.
15 Dated:   **April 5, 2012**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE