IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA CRAMER, | 1:08-cv-00375-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 70.) |
| vs. | |
| S. DICKINSON, et al., | ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (Doc. 40.) |
| Defendants. | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, BASED ON THE DOCTRINE OF RES JUDICATA |
| | ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(g) |
| | ORDER DIRECTING CLERK TO CLOSE CASE |

Latanya Cramer ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 9, 2013, findings and recommendations were entered, recommending that Defendants' motion to dismiss of November 4, 2011 be granted, dismissing this action, with prejudice, for failure to state a claim, based on the doctrine of res judicata. On January 29, 2013 and February 13, 2013, Plaintiff filed objections to the findings and recommendations.

1

1 | In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 9, 2013, are ADOPTED in full;
2. Defendants' motion to dismiss, filed on November 4, 2011, is GRANTED;
3. This action is DISMISSED, with prejudice, for Plaintiff's failure to state a claim, based on the doctrine of res judicata;
4. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g); and
5. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   March 20, 2013

SENIOR DISTRICT JUDGE

2